FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4/14/2025
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Edward Hoid _____,

Edward Herbert Hoid, on behalf of minor children, P.H. and O.H.

Edward Herbert Hoid, on behalf of incorporated families, Nakamoto, Hoid, Matsuoka, Abbott
Edward Herbert Hoid , on behalf of signatures of the public and witnesses
Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
__**X**__ **Yes** ___ **No**

"See Attached" _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

**DEFENDANTS**

KNOP-2 News
Longmont Police Department, Jason Malterud
Longmont Police Department, Joshua Burke
Longmont Police Department, Rachael Sloan-Stoggsdill
Longmont Police Department, Jeff Satur
Longmont Department of Public Safety, Zach Ardis
Colorado Dept of Corrections Div of Parole, Stanley Jerido
Boulder County Deputy District Attorney, Ryan Day
Boulder County 20th Judicial District Court, Nancy Salamone
Boulder County 20th Judicial District Court, Bruce Langer
Attorney, Nicole Collins
Attorney, Benjamin Collett
Attorney, Ryan Dawson-Erdman
FOX-31 News
ABC-7 News
CBS-4 News
NBC-9 News
Longmont Police Department, Jon High
Gray Media Group Inc
The Denver Post
Longmont Times-Call
The Denver Gazette
Americas Most Wanted
Ballard Spahr
Ashley Kissinger
Kennison Lay
Sherri Clark
Denver District Court, Mark Bailey
Denver District Court, Eric Elliff
Boulder District Court, Dea Lindsey
Boulder County Court, David Archuleta
Court of Appeals Judge Hawthorne
Court of Appeals Judge Fox
Court of Appeals Judge Lum

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

---

A.    **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**1)** Edward Hoid, 800 N. Garfield Ave. Loveland, CO 80537
   (Name and complete mailing address)

(970)692-6916 edward.h.hoid@gmail.com
   (Telephone number and e-mail address)

**2)** Persephanie Hoid (a minor child address need not be disclosed)
   (Name and complete mailing address)

(970)692-6916
   (Telephone number and e-mail address)

**3)** Odin Hoid (a minor child ddress need not be disclosed)
   (Name and complete mailing address)

(970)692-6916
   (Telephone number and e-mail address)

**Endorsed Witness List (Petitioners, Public)**

| Name | City | State | Postal Code | Country | Signed On |
|------|------|-------|-------------|---------|-----------|
| Edward Hoid | | | | United States | 11/21/2024 |
| Candyce Nakamoto | Carson city | NV | 89703 | United States | 11/21/2024 |

3

| | | | | | |
|---|---|---|---|---|---|
| Priscilla S. P. | Houston | TX | 77073 | United States | 11/21/2024 |
| Charlie Carbone | Kearny | NJ | 7032 | United States | 11/21/2024 |
| Morgan Cleveland | | | | United States | 11/21/2024 |
| Delma Antúnez | | | | Honduras | 11/21/2024 |
| Derreck Keener | Denver | CO | 80209 | United States | 11/22/2024 |
| Amanda Henderson | Middleburg | FL | 32068 | United States | 11/22/2024 |
| Roberto Torres | Piscataway | NJ | 8854 | United States | 11/22/2024 |
| Angela Tranello | Fort collins | CO | 80526 | United States | 11/22/2024 |
| Joshua Wambolt | Denver | CO | 80209 | United States | 11/22/2024 |
| Mike Roberts | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Jeremy Boyer | Duncannon | PA | 17020 | United States | 11/22/2024 |
| Cody Livran | Denver | CO | 80229 | United States | 11/22/2024 |
| Ricky Glaum | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Joel Martinez | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Brian Buckland | Denver | CO | 80204 | United States | 11/22/2024 |
| Johnny holder | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Billy Lay | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Robert Knoll | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Sameer Waseem | | | | Pakistan | 11/22/2024 |
| William Bunning | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Sherie Matsuoka | Pueblo | CO | 81006 | United States | 11/22/2024 |
| Mark Sawyer | Long beach | CA | 90814 | United States | 11/22/2024 |
| Terrance Scott | Monroe | NC | 28110 | United States | 11/22/2024 |
| Kyle Hunt | Fort Collins | CO | 80525 | United States | 11/22/2024 |
| Hope Crayton | Memphis | TN | 38112 | United States | 11/23/2024 |
| Franklin Martinez | | | | Dominican Republic | 11/24/2024 |
| Gerald Switzer | Wellington | CO | 80549 | United States | 11/24/2024 |
| ERIKA RUMMERFIELD | san andreas | CA | 95249 | United States | 11/24/2024 |
| Gabriella Delgado Castro | Prince George | VA | 23875 | United States | 11/26/2024 |
| Michael Sheeran | Seattle | WA | 98118 | United States | 11/26/2024 |
| Navaiah Findley | Pocahontas | AR | 72455 | United States | 11/27/2024 |
| Terry Hoid | Carson City | NV | 89701 | United States | 11/28/2024 |
| Lance Armor | | HI | | United States | 11/29/2024 |
| Jon Inwood | Brooklyn | NY | 11226 | United States | 11/29/2024 |
| Peyton Scott | | | | United States | 12/2/2024 |
| Lorren Foster | Coshocton | OH | 43812 | United States | 12/2/2024 |
| Cassandra Holland | Atlanta | GA | 30360 | United States | 12/2/2024 |
| Erika Rikhiram | Clermont | FL | 34711 | United States | 12/3/2024 |
| Brian Fredette | Fort collins | CO | 80526 | United States | 12/3/2024 |
| Jayden Lee | Oak Park | MI | 48237 | United States | 12/3/2024 |
| Pamela Prather | Albuquerque | NM | 87120 | United States | 12/4/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jerry Matsuoka | Pueblo | CO | | 81007 | United States | 12/6/2024 |
| Alice O | Cheyenne | WY | | 82007 | United States | 12/8/2024 |
| Scott Howerton | Longmont | CO | | 80501 | United States | 12/9/2024 |
| Austin Ward | Corvallis | OR | | 97330 | United States | 12/22/2024 |
| Ryan Flint | Monument | CO | | 80132 | United States | 12/28/2024 |
| Nazari Amir | | | | | Iran | 1/22/2025 |
| J Wilkerson | North Las Vegas | NV | | 89086 | United States | 2/16/2025 |
| Gilbert Mecina | Elk Grove | CA | | 95757 | United States | 3/13/2025 |
| Charon Morgan-Denny | | | | | United States | 3/28/2025 |
| Sailor Honshell | Bowling Green | KY | | 42101 | United States | 4/5/2025 |
| Maxwell Hemric | Longmont | CO | | 80504 | United States | 4/5/2025 |

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   KNOP-2 News, 402 S. Dewey North Platte, NE 69101
　　　　　　　　(Name and complete mailing address)

　　　　　　　　(Telephone number and e-mail address if known)

Defendant 2:   Jason Malterud 225 Kimbark Street Longmont, CO 80501
　　　　　　　　(Name and complete mailing address)

5

_____
(Telephone number and e-mail address if known)

Defendant 3:   Joshua Burke, 225 Kimbark Street Longmont, CO 80501 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:   Rachael Sloan-Stoggsdill, 225 Kimbark Street Longmont, CO 80501 ___
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 5:   Jeff Satur, 225 Kimbark Street Longmont, CO 80501 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 6:   Zach Ardis, 225 Kimbark Street Longmont, CO 80501 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 7:   Stanley Jerido, 940 Broadway Denver, CO 80203 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 8:   Ryan Day, 1777 6th Street Boulder, CO 80302 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 9:   Nancy Salamone, 1777 6th Street Boulder, CO 80302 _____
                        (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 10: Bruce Langer, 1777 6th Street Boulder, CO 80302
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 11: Nicole Collins, 2555 55th Street, Suite D-200 Boulder, CO 80301
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 12: Benjamin Collett, 1942 Broadway Street Ste 314
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 13: Ryan Dawson-Erdman, 1919 8th Street, Ste 102, Boulder, CO 80302
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 14: FOX-31 News, 100 E. Speer Blvd. Dener, CO 80203
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 15: ABC-7 News, 2323 Delgany Street Denver, CO 80216
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 16: CBS-4 News, 1044 Lincoln Street Denver, CO 80203
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 17: NBC-9 News, 500 E. Speer Blvd. Denver, CO 80203
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 18:  Jon High, 225 Kimbark Street Longmont, CO 80501_____
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 19:  Gray Media Group Inc, 4370 Peachtree Road North East, Ste. 400 Atlanta, GA 30319
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 20:  The Denver Post, 5990 Washington Street Denver, CO 80216_____
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 21:  Longmont Times Call, P.O. Box 299 Longmont, CO 80502_____
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 22:  Denver Gazette, 555 17th Street Denver, CO 80202_____
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 23:  Americas Most Wanted, P.O. Box 64066 Virginia Beach, VA 23467___
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 24:  Ballard Spahr, 1735 Market Street 51st Floor Philadelphia, PA 19103__
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 25:  Kennison Lay, 1 East Washington Street #2300 Pheonix, 85004-2555__
                          (Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 26: Ashley Kissinger, 1225 17th Street Unit 2300 Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 27: Sherri Clark, 1225 17th Street Unit 2300 Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 28: Mark Bailey, 1437 Bannock Street Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 29: Eric Elliff, 1437 Bannock Street Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 30: Dea Lindsey, 1777 6th Street Boulder, CO 80302
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 31: David Archuleta, 1777 6th Street Boulder, CO 80302
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 32: Robert Hawthorne, 2 East 14th Avenue Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 33: Terry Fox, 2 East 14th Avenue Denver, CO 80202
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 34: Katherine Lum, 2 East 14th Avenue Denver, CO 80202 _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

_Identify the statutory authority that allows the court to consider your claim(s): (check one)_

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

First Amendment rights violations, Fifth Amendment Rights Violations, Fourteenth Amendment Rights Violations, Eighth Amendment Rights Violations, Forth Amendment Rights Violations, 18 U.S.C. § 1001, 18 U.S.C. § 1038, Sixth Amendment Rights Violations, 18 U.S.C. § 373,

_____

__X__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of **Colorado**.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of **Nebraska** _____

(name of state or foreign nation).

Defendant 1 has its principal place of business in **Nebraska**_____
(name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

    Supporting facts:

**ATTACHED ARE PAGES LABELED "F. STATEMENT OF CLAIMS"**

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

For the destruction of family and property losses, the deprivation and destruction of children's innocence, the disadvantageous impacts to the children's entire lives, the damages to reputation, physical injuries, compensatory relief, $10,000,000.

Punitive damages should be substantially greater than compensatory relief and should be determined by a jury of the people.

Counter statements are due from each news defendant, according to Title 47 of the CFR

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Edward Herbert Hoid, (on behalf of minor children)*
   (Plaintiff's signature)

13-APR-2025
   (Date)

(Revised February 2022)

13

**F. Statement of Claims**

**Introduction**

Within this statement will be supplied few examples in support of the claims and statement.  These are a portion of the statement, and not exhibits or evidence yet.

This action will likely lead to amendments in order to include future participations of co-plaintiffs, especially since the United States Supreme Court may invoke both or either original or appellate jurisdictions, and these matters will be writ for certiorari review involving free speech and egregious, unconstitutional offense.

This statement will be cited in the first party, me, myself, I, while the co-plaintiffs are stating claims alongside the first party.

There will be an included USB drive or drop box link with this filing for the purpose of establishing merits and substantiating claims, future exhibits will be included.

**BACKGROUND**

It is undisputed that I Edward Hoid am a Type One Juvenile Diabetic and that I was never allowed insulin and proper chronic medical care as such, until November 24th, 2024 at age forty.  It is undisputed that the neglect and abuse caused me incapacitation for long standing periods and hindered me of the ability to walk for six years, until the dying bones were replaced.

It is undisputed that state actors and government have leveraged on this life-threatening condition and the involuntary incapacitation during malicious prosecutions triggered by

14

egregious news offense and incitement to commit the offenses.

Sometime in 2016, I was crippled, my bones had died in the hip joints, it is undisputed fact that raging high blood glucose content topping >1,000 mg/dL for long standing periods of time destroyed blood vessels in my joints, killing bone and hindered me from the ability to walk, while I was constantly, mentally and physically incapacitated, I am a Type One Juvenile Diabetic and never was allowed access to insulin or any medical care, until 2024. In 2016 I was crawling around incapacitated and was in coma many days or under Hyperosmolar Hyperglycemic State (HHS), desperate to consume dozens of gallons of water within hours until coma and remarkably survived by that means for years. In 2016 I rented a room, prior to any rap sheet, at a transitional living center, it was all I could afford, due to me not being able to support myself, and due to persecutions by reason of my involuntary disability and my gruesome appearance involuntary peculiarity. I love my church, my family, people, and I love Jesus Christ, my parents, (3), are wholesome saints and we love kids and animals. I was constantly under attack and became competition to homeless addicts, my parents had become convinced over time that I was a loser and a criminal in place of knowing that I was actually coping with the impossible and tormented without insulin. The homeless addicts I was forced to be around would turn their focus on my family and their generosity; however, my family would be taken advantage of and derelicts I was forced to interact with would sabotage my family relations for gains. I was evicted from the housing center, because I could not walk, because of incapacitations, and because of unlawful and disgraceful prejudice. I was crawling around outside, not wanting to tell my family I was evicted, they did not know why I was continually failing and acting so peculiar, untreated Type One. It was a cold snap, I got frost bite, and went into HHS and could not stop drinking water. Three days after eviction, I crawled into the transitional living center, not on parole or serving

any sentence, I crawled into a bathroom, on camera, I drank 12 gallons of water within hours, then I crawled out of the center, to the other side of a fence and went into coma. I don't remember doing this, the recordings, in criminal discovery resulting from this and by reason of qualifying disability, are what indicate that I did. The Fort Collins Police were called because I entered without permission. I came to and crawled into a bathroom on the CSU campus nearby, I began consuming more water, the Fort Collins Police arrived there and shood me out, then told me to depart the campus, on foot, while my bones were dead and movement was agonizing, they followed behind me in their car watching me in agony, crawling and limping across a couple of miles of campus streets. I entered a church, I was begging for help, and did not realize the church was on campus still. The Fort Collins Police entered the church, asked the pastor what I was doing there, the pastor confirmed that I was asking for help and transportation to a hospital, the police made me leave the church, and crawl away. I was charged with burglary for these incidents, drinking a bunch of water at the transitional living center. Were I afforded sanctuary or asylum protections, or if it weren't the case that abusive policies aim to deprive citizens in order to bring us all down to the same substandard mistreatment, citizens and non-citizens, that would result in different outcomes and lawful, humane treatments, civil rights seem to be too expensive, so it appears, in avoidance of dispersing aid and federal subsidies and medicine, the practice is to imprison people in Colorado by reason of needs and disability, that is fact. Lobbying firms cause the state to enforce law that abridges civil liberty and privilege, such as attorney Ashley Kissinger of Ballard Spahr and the influence she has had in 2019 on behalf of unlawful speech and involving Colorado's unlawful anti-slapp strictures, and the misuse of public offices which enforce abusive policy, preoccupying public funds and deployment of unconstitutional laws and practice. The US District Court conferred with Balard Spahr

attorneys, without m knowledge, the Court dismissed my defamation claims, which I had hand written from prison where I was held without charges because of the news defendants broadcasting, unlawful statements accusing me of beating a 71 year old to death, and so while I was obviously under extraordinary circumstances, unlawfully, offenses incited by the news defendants, my claims were dismissed, I now demonstrate violations of equal protection laws. The government and news defendants have wasted a lot of public resources and time in order to afford the news defendants an unlawful evasion of law and accountability, while observing egregious offense and choosing to falsify documents and public records, offenses incited by the news defendants and committed knowingly and willfully by unlawful officials who are surrendering their position of acting under color of law since they chose to commit offense and participate in lawless activities. Case 25-1058, Hoid VS Gray Media Group Inc. is the resulting appeal after the District Court conferred with the opposing party involved in a lawsuit I filed regarding that defendant broadcasting in view of the entire public that three imaginary men had attacked and beaten a 71 year old to death and robbed him, the news defendant and state government had concealed the offenses and the news defendant had incited a great deal of egregious and life threatening offenses. The same District Court had already held that I was encountering exceptional and extraordinary circumstances which prevented me from participation in litigations surrounding the incidents explained in what follows, case 1:23-cv-00462-MEH was placed on administrative closure for the re-opening when the circumstances changed and that would afford me to uncover all that was falsified and concealed. Case 1:24-cv-01127-PAB-MEH, the same district court issued a contrary opinion, after allowing the news defendant to fail to appear to hearings where the news defendant would have to demonstrate that their speech was lawful in order to dismiss claims. Unlawful, untrue statements broadcast in

view of the entire public, statements that incite violence and lawless acts with intentions, are very obviously not lawful.  The District Court conferred with news defense two times without my knowledge, then suddenly the District Court withdrew a recommendation for administrative closure for the case and issued a report where the Court recited the news defendant's defamatory statements as the basis of dismissing my defamation claims, and further tried to punish me through imposing fees and costs associated with the news defendant's offense.  Th District Court knowing how my family was ruined and my kid's innocence robbed, in addition to knowing that I was imprisoned without charges because of the news offense, for an imaginary high-profile homicide.

The US District Court refuses to dismiss the claims against Donald Trump of defamation in the following case, claims that are not founded anyway.



This demonstrates that the news defendants are inciting abusive policies and unlawful offense.

18

This double standard requires that either the claims against Donald Trump qualify for immediate dismissal, like the claims I filed, or that the US District Court needed to refuse to dismiss my founded claims that aimed for decent and good upbringing of the next generation, in other words aiming at accomplishing what is good for the American people and affirming our rights opposing the hostile unconstitutional officials and lawyers.

Going back to the burglary charge by reason of qualifying disability, abusive policy and unlawful acts incited by news, law firms and corruption;



I was placed in a working halfway house and I was never capable of succeeding there

due to incapacitation and not being able to walk or work. I was regressed by reason of

qualifying disability, never having insulin as an insulin dependent type one juvenile diabetic, this

is what resulted in me becoming supervised by parole in Colorado and did not result in bone

replacements, I did that myself after crawling around in prison, as an untreated type one juvenile

diabetic. The parole sentence was a successive, determinate three-year term to a 66-month

determinate term. I served the second determinate sentence in the worst maximum-security

prison in Colorado, Sterling Correctional Facilities High Side, because of news incitement and

for purposes of fraudulently concealing news offense, without charges.

00:04:17 Speaker 2
OK.

00:04:19 Speaker 1
So I won't take your plea today regarding this new conviction because proof of conviction is proof that you violated your.
00:04:25 Speaker 1
Parole. Any questions about that?

00:04:29 Speaker 2
No, ma'am.

00:04:30 Speaker 1
The technical violations in the the technical allegations in the complaint are dismissed without prejudice. So what that means is that the division can talk about these allegations when they give their statement. However, it's nothing you can be found guilty of today. Does that make sense?
00:04:49 Speaker 1
Alright, so from the from the division officer Derito, are there any mitigating or aggravating factors I should be aware of or recommendations?

00:05:00 Speaker 3
Yes, it is, ma'am. Mr. Mr. Hoyt right now.
00:05:04 Speaker 3
Is currently a suspect in a homicide high profile homicide.
00:05:12 Speaker 3
The division is on. The division is taking verification because.
00:05:17 Speaker 3
We will be able.
00:05:18 Speaker 3
To work may be a danger to it's still a danger to.
00:05:20 Speaker 3
The public no formal charges have been.
00:05:24 Speaker 3
Filed yet because it's still under investigation.

Dec 28 2020 - Parole Hearing audio file HOID 178706_362d_12.28.2020 (1).m4a    Page 4 of 11

*(Source CDOC Open Records 12/28/2020 Stanley Jerido and CDOC in place of tribunal, reciting news offenses and imprisoning me for imaginary high-profile homicide without charges, there was no homicide, there was no investigation.)*

I love my church and love being nice to people, just like my wholesome, saintly parents.

uchealth

UCHealth Family Medicine Center - Fort Collins
1025 Pennock Pl
Fort Collins CO 80524-3257
O: 970-495-8800
F: 970-495-8820

uchealth.org

February 11, 2025

Re:        **Edward H Hoid** (DOB: 3/19/1984)

To Whom It May Concern:

I am the primary care doctor for Mr. Edward Hoid. He has been under my care since October of 2024 and during this time I have treated him for the sequelae of head wounds and head trauma as well as very poorly-controlled type I diabetes mellitus. Per his report, his type I diabetes was not treated appropriately while he was incarcerated. Certainly from my perspective his type I diabetes has not been under control for the past 3-6 months. Type I DM is insulin-dependent diabetes, and always requires treatment with insulin. Any time Mr. Hoid was not treated with insulin would be sub-therapeutic treatment.

Additionally, Mr. Hoid has a clear record of avascular necrosis of the hip. While this occurred prior to my caring of Mr. Hoid, he does have mobility issues now secondary to this medical condition that impact his day-to-day life and this could be related to prior undiagnosed avascular necrosis.

Mr. Hoid does have scarring across his face as well as history of trauma and current mental health struggles likely related to his significant head and brain injury he has sustained in the past.

While I have been unable to verify with outside sources the reasons for these wounds, I have no reason to doubt Mr. Hoid's explanations of the injuries he has experienced and his story has always been consistent. As previously noted, any time Mr. Hoid was not receiving insulin for his type I diabetes he was untreated.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Electronically signed by:
Lauren McVeigh, MD
Dept: 970-495-8800
2/11/2025, 9:38 PM

| Edward H Hoid | DOB: 3/19/1984 | 1 of 1 |

*(Source: Current treaters, proving exceptional and extraordinary circumstances, unlawful torture incited by the defendants)*

Please review the diagnosis of "Severe Human Suffering", very apparent extraordinary circumstances, developed because of and through the offenses, and deliberately even to accommodate the evasion of justice associated with the offenses.

Mr. Hoid was administered a series of symptom self-screeners: ACE, LEC, GAD-7, PHQ-9, DAST and RISB. The (ACE) Questionnaire is a 10-item self-report measure developed for the ACE study to identify childhood experiences of abuse and neglect. Mr. Hoid's score of (1) indicates an *Average* range for future health concerns from adverse childhood experiences. According to the LEC-5, he reported experiences: *Fire, Exposure to toxic substances, Assault with a weapon, Captivity, Life-threatening illness, and Severe human suffering*. He felt his anxiety was in the **Moderate** range of distress, according to the GAD-7. Also noteworthy, he reported depression on the (PHQ-9) items, in the **Mild** range malaise. He was in the **Mild** range for substance abuse use on the DAST, specifically with *methamphetamine, caffeine, tobacco, and cannabis*.

In conclusion, the above mental health diagnosis appears clinically appropriate in my opinion: Type diabetes, Hypothyroidism, Somatization, and Dependent Personality (Tobacco, Amphetamine, and caffeine] use. I thought Mr. Hoid's cognitive functioning was within *normal* limits for his age group. It does seem that Edward is newly understanding that his under-diagnosis illness likely caused man problems related to his inter-section into the legal system. He was likely concerned about his low bodily energy and attempted to use amphetamines to over-compensate this deficit. Unfortunately, this use, along with some criminogenic attitudes, led to a second DOC incarceration. Below are some recommendations for Mr. Hoid and the treatment team to consider:

**Recommendations:**
- At this time, Mr. Hoid will have an increasingly difficult time comprehending and utilizing mental health programming effectively.
  - Treatment considerations involve issues that can be essential elements in case management and treatment planning. Interpretation is provided for three general areas relevant to the treatment: behaviors that may serve as potential treatment complications, motivation for treatment, and aspects of Mr. Hoid's clinical picture that may complicate treatment efforts.
  - Concerning suicidal ideation, Mr. Hoid is not reporting distress from thoughts of self-harm.

My kids suffered similarly, their mother is an immigrant and so shouldn't they, according to the current controversy surrounding treatment of immigrants versus citizens, be given exceptional allowances and surpassing privilege, entitling them to relief without opposition?


## STATEMENT OF CLAIMS

Longmont Police responded to a reported fall while I was incapacitated in a field a far distance from where a fall did occur, for unknown reasons the police questioned a man who bumped the back of his head and had sustained a brain swell, no crime was reported, the police did incite the paramedics and hospital to participate in delaying a much needed surgery for head trauma, the man who fell was not allowed a surgery for a long time and that killed him 11 days afterward in a hospital. The police and department of public safety issued a press release eight days after the fall to every news outlet, reporting that three imaginary men were associated to

robbing the man who fell.  This was incited by the wife of the man who fell, reporting that military trained homeless men attack the man who fell, with knives on the bike path, while the man who fell rides his bike home from basketball courts everyday.  Each news outlet reported varying versions and recited other news reports, the news defendants broadcast in view of the entire, and national public, video reports accusing three men of jumping, robbing, beating and murdering the 71-year-old man who fell.  No charges ever resulted nor warrants, except a warrant issued by parole, for my arrest for imaginary high-profile homicide.  I did not go to court, I did not commit any crime and I was sent to maximum security prison for years, admittedly by parole and the state of Colorado, because of what the news authored, published, and reported on air, numerous times each over a spanning three weeks of broadcasting.  I was nearly murdered by the misled public and then the news defendants reported on the date I was arrested that I was arrested for the death of and/or the killing of and/or related to the murder and/or death of the man that fell.  Then the state, courts and law enforcement staged crime scenes, falsified legal and federal records and stagged a homicide investigation, while holding me in maximum security prison where I was never allowed insulin during COVID, and doing so in order to waste time and afford the news defendants a fraudulent defense strategy later on, knowing that I would one day, as soon as possible, and if I should somehow survive, seek retribution and prosecutions.  I did miraculously survive, the family unit did not they are ruined, my kid's innocence did not, the defendants hope to keep the injury over them.  I will not stop ever until justice for us, by any measure or means.  The courts, prosecution and news defendants have all falsified public records, legal documents and staged a criminal investigation, I retain undisputable proof, which is fraudulent concealment and does hinder the people's thought and capacity of free speech since the information on public records and in view of the public is false

and fraudulent. People tried to murder me in reaction to the news defendant's heinous offenses and this is the news inciting civil rights violations and violence, offense was acted out against my small children. Their future is hindered because of known to be incited offense on a wide spread scale. They also think dad beat a 71-year-old to death, so does their mother, and the courts thus far don't care about that, proven as they report verbatim the information supplied by news defendants on legal and federal record in response to lawsuits I filed seeking counter statements, just as the police chose to do. My children are deprived of a parent permanently, the damages to their father and their reputation during their childhood is permanent, the damages to their father knowing this and at the same time as being maimed, attacked and crippled by reason of news defendants getting away with anything disgraceful or that harms the people, all for the purpose of controlling a crippled people, is permanent, but my will power is unsurpassed. The courts tried to punish me for filing claims, I am now disabled and don't care, what's the worst that could happen, and they forget that I have lot everything and suffered all, already. Would they garnish disability benefits?

## FACTS

It is undisputed that on November 5th, 2020, 71-year-old, Randall Shubert was riding a bike, returning home from basketball courts and with a basketball bungeed to a rack on his bike.

It is undisputed and recorded fact that at the same time, I was having work done on my truck and traveled by foot during this time, to visit an ex-girlfriend. I was also still an untreated Type One Juvenile Diabetic. The ex-girlfriend lived near a museum in Longmont, CO. I went into HHS and coma, at the museum, proven during a long police interview when I could not even recall there existed a museum and didn't remember being there, it was also stated that I had not

had the opportunity to see news offenses I was preoccupied dodging incited violence, a manhunt triggered solely by news fiction.  A man, Craig Stevens was filming a movie in the museum at the time I was in coma and incapacitated at the museum, his co-workers called police because I fell onto Craig Stevens car, and apparently, I sat in the car.

Craig Stevens reported to police that I did not threaten him what so ever, that I did not appear homeless, that I was acting very peculiar and stated that he did not wish to pursue charges and that I stumbled into a neighboring field.  I did stumble into a field and face planted in that field, part of diabetic keto acidosis as a never before treated Type One.  I was reported to Longmont Police a "**5'9''** tall black man", I am 6'1'' tall and white.  At nearly the exact same time a 911 call was placed because Randall Shubert, who had a medication patch on his head, somehow Dropped the basketball, which was recovered a distance away from where the 911 call was placed; Randall Shubert was dismounting his bike in order to retrieve the ball he had dropped while riding, and while I was recovering from my face in the field between the bike path where Randall Shubert rode, and the museum I don't remember being at.  The 911 Call was recorded the caller reported the man, Randall Shubert had fallen, and that it was fresh.  While dismounting the bike Randall Shubert somehow oriented himself to one side of the bike, and teetered back, he tripped while dismounting and bumped his head once on the back of his head.  I was able to very vaguely recall seeing him from a great distance.

Jason Malterud was taking the report from Craig Stevens at the museum Jason Malterud thought I was a 5'9" tall black man acting peculiar.  Jason Malterud left to assist in a reported fall.  See below.

25



Months after the news defendants authored and published in view of the entire public, accusations that Randall Shubert had been beaten to death by three imaginary men and was knocked off of his bike, robbed, assaulted and killed, Jason Malterud reported the following,





"Officer took report of a man that was knocked off his bike…suspects using man's card…".  The Longmont Police began to report the fiction authored by news companies and entered the

fraudulent reports on legal records. This being because the news had aired the fiction they had authored and reported on air accusing three imaginary men of beating Randall Shubert to death for a bike, also knowing that I would pursue claims, and in order to afford the news defendants an opportunity to claim they were accurately reporting a criminal investigation, much later on.

I recovered from my face in the field, there was a women standing next to Randall Shubert, I couldn't remember who I was or my own name, I was incapacitated, I vaguely remember the women who was yelling at me and asking me what happened, the women reported that I left, I did, I just don't remember because of my incapacitated state of mind, and other witnesses reported I was acting strange and reciting a nursery song. I began to regain awareness, I remember a homeless man panhandling from me at a nearby 7-11. I didn't at that time remember I had a vehicle.

## Longmont Police Department

| Employer/School | | Position/Grade | | |
|---|---|---|---|---|
| LONGMONT UNITED HOSPITAL | | NURSE | | |
| Location | | | | City |
| 1950 MOUNTAIN VIEW AVE | | | | LONGMONT |
| State | ZIP Code | Phone Type | Phone No | |
| Colorado | 80501 | Work/Business | (303)651-5111 | |

**Modus Operandi**

Crime Code(s)
ROBBERY

**Narrative**

INITIAL INFORMATION :
On Sunday, November 15, 2020, at approximately 11:45 PM, I, Officer J. Hill, was dispatched to respond to Longmont United Hospital (LUH) in reference to VICTIM-Randall Schubert (Randall) passing away.

INVESTIGATION :
Sergeant P. Beach asked me to respond to LUH to meet with the corner and take pictures of Randall for evidence. Sergeant Beach notified the on call detective, Detective S. Desmond.

I responded to room #4104 and met with Randall's nurse, OTHER-Valerie Delgado (Valerie). Valerie informed me Randall stopped breathing at 9:50 PM and she pronounced Randall deceased at 9:52 PM. The death certificate was going to be signed by Doctor John Massone.

Valerie further informed me Randall arrived at LUH yesterday (11/14/20) and due to his deteriorating condition, Randall's family placed him on hospice with a do not resuscitate order and removed his ventilator. While at Longs Peak Hospital, Randall had a craniotomy due to sustaining a subdural hematoma and subarachnoid hemorrhage during the original incident on 11/5/20. Valerie said Randall did not appear to have any other major injuries or medical issues.

Randall Shubert sustained no injuries during the fall except a subsequent sub-dural hematoma. It was known from the very beginning that he fell and bumped his head one time, and was not

beaten to death, was not robbed and was not assaulted, the news authored the stories accusing three men who were never present, of knocking Randall off of his bike, beating him, robbing him and killing him.  The news companies very obviously did not report accurately information they were supplied, but in fact and being displayed, the police reported months after, the heinous fiction they were supplied with through televised news stories, courts also participated in this activity, but in different ways, while issuing differing and contradicting opinions involving the same incidents.  Public endangerment is held, and the public are entitled to counter statements and speech regarding the facts and this issue of public interest.  The disinformation is depriving the people of free thinking and free speech regarding issues of public safety and concern. Follows is an example of a person who sustained the exact injury, this person was taken to surgery immediately and lived.



"I was just pouring my coffee and then I woke up four days later," said Barclay. "What we pieced together after is I was just standing there pouring my coffee and all of a sudden I just keeled over and shattered my head on the concrete floor."

Barclay fractured her skull in multiple places, striking her head in what the surgeon called the most unlucky spot.

"What stood out to me was... the term unlucky- to hit your head in just that one spot because with this type of an injury, it's called an epidural hematoma, so you cut an artery on sort of the covering of the brain and you have to be very specific where you get hit for that to happen," said Dr. Kathryn Beauchamp a Neurosurgeon with Denver Health.

For Barclay, every second that passed was critical. Her office called 911 right away, and when the paramedics arrived they noted a significant decline in her mental state, indicating a traumatic brain injury.

Similarly, 911 was called, the key difference is that at the scene where Randall Shubert fell, Jason Malterud arrived before an ambulance, thinking he was pursuing a 5'9'' tall black man.

## AFFIDAVIT FOR WARRANT OF ARREST

### Page 2 of 7 pages

the parking lot and found a man in the driver's seat going through his things. The man got some old chewing gum from his glove compartment, chewed it, and put the gum all over his car. Stevens told the man to leave, and the man told Stevens to say "please." The man was holding a box cutter with the blade extended in Steven's face. Stevens asked him to please exit his car, and the man left his car, threw an old piece of bubble gum at him, and went west out of the parking lot towards an open field and the museum's car charging station. Stevens said he did not feel threatened and he did not want to press charges.

Stevens initially told Dispatch the suspect was a black man, 5'09", mid-thirties, crew cut red hair, "grizzled" and unshaven, wearing a blue t-shirt and jeans, and wearing a greyish backpack. Stevens later said it was actually a white male but his skin appeared weathered as if he had been in the sun a lot. He appeared clean and not homeless.

When the police arrived, they began questioning and frisked Randall Shubert, when paramedics finally arrived, who were busy arriving on the wrong side of a river at first, they questioned Randall Shubert, a man who suffered a trauma to the most, unlucky spot, and who could not speak. Police did follow up work hoping to question Randall Shubert, while he was in the hospital, Randall Shubert was not afforded a craniotomy for a long time, more than a day while police hoped to question him, they incited medical malpractice that killed the 71-year-old. The surgery was put off, it is reported that Randall may have recovered from a brain swell injury without surgery and that was known to be false and malpractice because of the injury being diagnosed in the emergency room which protocol is surgery immediately, the police hoped to question him if he woke up. The result is that Randall Shubert did pass away because of a single subdural hematoma, a fall accident with no other reported or existing injuries, 11 days later, and he would not have if he had been treated like the women in the exact same circumstances was, shame on them. The man did not have to die.

None of this was my fault, however because the man could have and should have been treated, there is fault elsewhere. I was incapacitated at the same time. I was compliant with the parole supervision enforced because of me drinking 12 gallons of water and for being an untreated Type One Diabetic. I went to Wal-Mart trying to regain awareness, and with a card that was given to me by a homeless man in front of 7-11 when I could not even remember my own name. I began to remember who I was at Wal-Mart; I abandoned everything I purchased outside somewhere later on, and returned to my truck, empty handed, where I went into coma and remarkably survived yet another episode of Diabetic Keto Acidosis or HHS without emergency medical attention.

When I left Wal-Mart, I walked past two strangers at the door whom I have never seen before and whom I do not know, they arrived by vehicle independently.

I continued to work day labor jobs during the following days, not thinking about the events I could not remember anyway.

Without my knowledge, eight days later, on November 13th, 2020, Longmont Police, Jon High, and the Department of Public Safety, Zach Ardis, issued a press release to the listed news outlets below.

**From:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Sent:** Saturday, November 21, 2020 10:34 AM
**To:** Brooklyn Dance <bdance@prairiemountainmedia.com>; Kelsey Hammon <khammon@prairiemountainmedia.com>; 4 News <kcncnews@cbs.com>; 7 News <newstips@thedenverchannel.com>; 9 News <desk@9news.com>; KDVR Tips <KDVRTips@kdvr.com>; Times Call <tcnews@times-call.com>; Robin Ericson <Robin.Ericson@longmontcolorado.gov>; news2@nbcneb.com <news2@nbcneb.com>; editor@nptelegrapg.com <editor@nptelegrapg.com>; dee.klein@nptelegraph.com <dee.klein@nptelegraph.com>; andrew.bottrell@nptelegraph.com <andrew.bottrell@nptelegraph.com>; Monte Whaley (monte@longmontleader.com) <monte@longmontleader.com>
**Cc:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Subject:** Press Release - Wanted Party

Hello All,

Please see the attached press release in reference to the Randall Schubert death investigation.  For our media representatives in Nebraska, I have included some links for background.  We have information he may be staying in Brady, NE, which is between North Platte and Kearney, which is why I included you in the email.  I will also be sending information to the Nebraska State Patrol. I would appreciate if you could share this with your Nebraska affiliates along I-80.  I do not have any vehicle information.

Feel free to call me if you have any questions.

Thanks, Jeff        *Each agency reported differently this is not a ridiculous / soit spree*

https://www.timescall.com/2020/11/18/longmont-police-release-new-photos-of-person-of-interest-in-attack-that-led-to-71-year-old-mans-death/

https://kdvr.com/news/local/longmont-police-search-for-suspect-who-beat-71-year-old-man-to-death-stole-his-bike/

The press release reported "unknown number of suspects associated with robbery…", the press release supplied information accusing the three strangers at Wal-Mart of robbing Randall Shubert for a bike.  The police knew the statements were false at the time, so did the news defendants, this is **INCITEMENT, ABUSIVE POLICY.**

Notice the links to video reporting and publications authored by news defendants, the news stories reported that I had beaten a 71-year-old to death, and that three men had attacked and killed Randall Shubert, the news offenses were again leveraged on by police to incite violence and crime against my family and I on a national scale.  The police knew the stories were offense and did intend to use the offenses to incite lawless acts and violence.  Both the news and police succeeded.  The offenses were committed crossing state lines.  Courts are aware of this and other violent crimes, the news defense lawyers know this, the police know this and all of the

31

defendants in the caption, including four unlawful appointed defense lawyers who know and knew that my family's children were placed under imminent threat and in danger, that my elderly parents were placed under imminent threat and that I was as well and that the public were incited to commit offenses through known to be untrue accusations the news authored and tailored with intentions of convincing the public that I had beaten a 71 year old to death, or that three black men had jumped, beaten and killed the 71 year old, with intentions of inciting the people to violence and lawless acts against my innocent family and self.  We were forced to take on the unlawful violent government, lawless, violent police, lawless and violent prisons and state actors, fraudulent judicial activities and the entire public misled to violence and abuse.  The defendants are all obligated reporters of violent crimes, crimes towards children and the other offenses, none have fulfilled that obligation, instead they support and participate in the offenses and keep the kids in danger, the public in danger and my family and I under imminent threat, the courts have observed the heinous and violent offenses and are obligated to report the crimes to the Department of Justice and the F.C.C. for criminal prosecutions, the fact that the courts have instead participated in concealment and falsifying documents is a violation of the fourteenth amendment, and violates equal protection of the law, law and courts that only exist because of my family, the people and myself, now turn towards trying to oppress the American people.  The news offenses which were cast to other states law enforcement and news outlets by police, Jeff Satur and by the Longmont Department of Public Safety, Zach Ardis, were concealed while I was imprisoned for the news offenses in maximum security prison without charges and as a dying, incapacitated, untreated Type One, by the news defendants replacing the videos and publications with updated stories which were composed while working with police and courts who submitted fraudulent reports and documents that reported on records, stories authored by

news defendants in order to give the impression that the news accurately reported information they were supplied, about an issue of public interest, or a criminal investigation, one that never took place.

It is proven that the police, courts and government are actually, fraudulently concealing news offenses and are reporting stories authored by the news defendants, on legal documents and records. Above are two contradicting reports by Jason Malterud involving the same incident the latter one reports details that were unknown at the scene where Randall Shubert fell, yet Malterud's reports state that the two contradicting reports were composed at the same time, proving that much later on Jason Malterud reported the fiction broadcast by the news.

My mother watched the news reporting for weeks, her grandchildren were taken for a month and were abused, from the residence the news defendants reported in view of the public along side the accusations that I had beaten a 71-year-old to death for a bike, the news reported that I lived at the residence. Vigilantes visited the property where my step-father and mother had established a kid's paradise for their young grand kids. The dream was destroyed and defiled and the incited violence and lawless acts have preoccupied both and ruined their family and defiled the kids. David Archuleta very maliciously and fraudulently prosecuted my 64-year-old mother, an elderly American saint. This was incited by the news and lawless police.

Police supplied more detailed information to vigilantes regarding my kids and the rest of my entire family, supplied below are a few of the examples of lawless acts and crimes incited and carried out towards my family and our kids.

Police then reported the following, during latter press releases:

Satur said because of the location of the incident, witnesses are critical in the investigation. Based on what witnesses have already reported, police do not know what happened before the assault and robbery.

"It's unusual for Longmont," Satur said about the crime. "We generally do not have random assaults in our community ... This is a safe town."

While police do not know what happened, Satur said they are "going on the worst case scenario."

Satur said it was too early to determine whether murder charges would be filed, noting police would have to prove intent.

Police did report that they did not know what happened. The emergency room determined that there was no beating or injuries, except the single brain swell. The police certainly knew that they were not looking for a beating or assault, they definitely knew that three men had not jumped, beaten or assaulted Randall Shubert. This will be very important information in follows.

Every news outlet aired and published, variations of one another's fiction, accusing three men of jumping, robbing and beating Randall Shubert. Each news defendant authored and published in view of the entire public, on numerous occasions each, that three men had beaten Randall Shubert to death and then that I had beaten Randall Shubert to death, then that I was arrested for killing Randall Shubert. Follows is a go fund me, every news defendant listed in this action published and aired, followed by a few examples of news stories and video broadcasts.



**Randal and Jackie Schubert medical bills**

$2,305 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

 Brianna Ciancio is organizing this fundraiser on behalf of Seth Schubert.

 Donation protected

On November 8, 2020 Randy Schubert was riding his bike on a path in Longmont when he was jumped, robbed, and beaten. The physical damage to Randy has been to the extent that he required brain surgery and is in a coma; his assailants have still not been caught. We hope to raise the necessary funds to

The police incited crime and violence in order to conceal the malpractice which killed Randall Shubert.





No person reported any crimes, no charges ever resulted, no warrants either, there was no probable cause consistent with what the news reported for weeks day and night, because the Longmont Police were not investigating a murder or beating, because they obviously knew no people jumped, beat, robbed or murdered Randall Shubert, the police did not supply this information to the news defendants when they broadcast such, the police reported what the news authored later on and tried to conceal the news offense and so did numerous courts, all at the public's expense of a lot of preoccupied courts and resources.

At the same time as police reported they did not know what happened, indicating there was no homicide investigation, the news aired several shocking stories each, broadcast for many consecutive days, stories they authored, with intentions of triggering violence and crime,

reporting that I had beaten and killed Randall Shubert, it is pretty clear there were intentions of inciting the public to murder me, attempts did occur.

The news defendants then reported residential information of my family. The heinous and shocking stories were then cast to other states law enforcement and news outlets.

I did not flee; I had no knowledge of what was being done. The news reports were so extensive that every person of the small community recognized my face. People began to try to kill me. I was shot at and run over multiple times.

Police and vigilantes then began targeting my family, in multiple states, but mostly my two small children living in Utah.

Siblings I haven't had any communication or contact with for over 20 years, called police, and vigilantes called police impersonating them as well, and they reported that I had been trying to rape and murder them and their kids, untruthfully. Again, I don' even know these people or their kids, incited offense, and that caused my family to hate each other and further sufferings.



Defamatory speech, false factual accusations of violent crime that incites violent crime and lawless acts that did cause severe injuries and loss, is not protected by the first amendment and in general there is no statute of limitation for such claims, and while the offenses are fraudulently concealed by all the defendants in the caption, there have been no corrections or counter statements and the injury is continually inflicted and severe enough that I was held in maximum security prison without charges and refused insulin, offense committed by the government and incited by the news defendants, then concealed by news defense and courts through fraudulent documents and literal concealment of airings and offenses, the publicity and technologies deployed in order to incite violence and crime being committed makes this an aggravated offense of inciting violence towards my family and self, offense committed by the government and capable news companies in reaction to heinous fiction authored by the news defendants accusing me of beating an innocent senior citizen to death for a bike, aired and published offense in view of the entire public for a long period of time.

Vigilantes abused my children and my elderly parents, having been supplied with a means and their information by news defendants and the police.  They have destroyed our lives, we have lost everything, been attacked, I was nearly murdered several times, I was imprisoned without charges in maximum security prison for years, and our children's innocence was robbed. Family in Ohio, Idaho, Utah, Nevada and Colorado have all been impacted very severely, my family is terrified and afraid to seek relief, I am not though.  The news offense was cast to those states law enforcement and news, by police.  Our family is ruined, suggesting attempted genocide of my blood line, for no just reason.

Police have submitted fraudulent legal documents into public records, hoping to conceal their offenses and the news offenses.

Police did not investigate a homicide, there was no homicide, there was no robbery, there was no interaction between me and the two other people the news defendants accused of beating and attacking Randall Shubert, and no one was ever present when he fell nor interacted with Randall Shubert what so ever.  The news stories intensified incitement when the news defendants began to report that **Longmont Police said** I beat the 71-year-old to death, hoping to have a more convincing effect on the public demonstrating that the news defendants intended to cause severe injuries and they succeeded against my family, our children and succeeded in triggering violence and attempted murder.

Vigilantes began reporting that the children were in danger at my family's homes, law enforcement was stirred to rage and prejudice, many of my sister's kids were taken, for a month, separated and my nephew was molested during that month, so the kids were returned.  David Archuleta charged my elderly mother, who had never had an unpaid traffic ticket up to that point in her 64 years, David Archuleta issued warrants for my arrest long after all these events for a

count of identity theft.

The news incited fraudulent judicial misconduct and offense to be committed against my innocent, elderly and young family, which caused substantial detriment.

A violent man hunt was incited by the news defendants heinous, known to be untrue statements and false factual accusations accusing me of murder during video broadcasting in view of the entire public. The fact that there were never any warrants proves that the news defendants knew what they were broadcasting was false, this is beyond reporting untrue and damaging statements acting on negligence it is irrefutable that the statements were authored and published with actual malice intent, the content and subject matter of the stories proves intent of inciting violent public reaction which achieved attempted murder, violence and egregious governmental offense.

The parole supervision recognized me on the news. Stanley Jerido (parole), issued a warrant on November 18th, 2020 because of the heinous news reports, not for any actual crime or parole violations. 8 weeks later, Stanley Jerido and the CDOC reported that I was being held and sent to maximum security prison for a high-profile homicide, without formal charges and made sure they untruthfully reported that there was an investigation while denying me due process anyway, anticipating that I would be filing claims against the news and so that the news could report that they were accurately reporting about a homicide investigation, this is fraudulent concealment, due process violation and almost resulted in my death and did cause me to be tortured according to experts, crimes incited by the news defendants and the police. I was held for two years and was not allowed insulin, for imaginary high-profile homicide without charges and for purposes of fraudulently concealing news offense and other offense including public endangerment. While I was held, police falsified public records, submitted fraudulent

documents into discoveries and staged scenes, much of it for the purpose of the news defendants evading and concealing offense, and for engineered fraudulent defense equating to suppression of free thinking and free speech of the people through disinformation, a criminal offense, 18 U.S.C.§1001, lawless acts incited with intentions of causing harm and keeping harm.

The police obviously knew there was no beating or assault, the news had reported that Randall Shubert had been beaten to death.  The emergency room evaluation confirmed that Randall Shubert had not been beaten and reported no injuries.  On November 16th, 2020 the Longmont Police, and Boulder County District Attorney Ryan Day ordered an autopsy, knowing there was no need to determine the cause of death a second time,

An autopsy is not generally necessary when the death is known to be the result of known medical conditions/diseases (ie, natural causes), adequate medical history exists, and there are no signs of foul play.


https://www.washoecounty.gov

or to search for beating and assault injuries, the news had already reported that the man was beaten to death and knew that they committed egregious offense in doing so, Ryan Day and the Longmont Police knew the news activities were egregious offense, incited by the police, so knowing that the 71 year old had not been assaulted, murdered or beaten, and knowing that the only defense the news could propose later on would be claiming that the news defendants accurately reported about a criminal investigation, the police and Ryan Day staged a theatrical

investigation after the fact.  Multiple courts have leveraged on the fraudulent concealment which involves mutilating a corpse.  This was not a homicide investigation it is fraudulent concealment of news offense and incitement without cause.  The Courts know this.  Mutilation is a serious offense and was deployed because of the widespread and severe harms which were incited by the police, the news and other governmental actors.

They cut the man's body to pieces and peeled his face off in order to give the impression and misrepresentation that there was a homicide investigation and that law enforcement was investigating a deadly beating because of what the news reported in view of the entire public, while there was no investigation or information supplied by law enforcement, in fact law enforcement had already reported that there was no murder investigation and they did not know what happened.  The theatrics were deployed to supply the news with this defense in the future, and in order to conceal egregious civil rights violations, this indicates the relationship between abusive policies, the enforcement of such and the news and government, against the American people whom they are supposed to work for and enforce civil liberties and the constitution first and foremost, the defendants do not demonstrate that they act under color of law and are not fit to serve the people.

Here are the images of the activities the news deliberately incited with intentions of concealing their offenses.  The violence and lawless acts they incited against my family and I.



First it is obvious the man had no assault injuries from emergency room reports on the date of the fall, visible at the time this photo (above) was captured.



Here is after the police and Ryan Day instructed to make it look like a homicide investigation.

This is unwarranted, and the autopsy obviously reported no injuries, just like the hospital did on the date of the fall, except a neglected brain swell. Who is authorized to mutilate a corpse without probable cause, and after the hospital had reported no injuries except a brain swell, the hospital confirmed no need to conduct this sort of autopsy. It is very obvious that this crime, mutilation, was committed for the purpose of the news and other lawless actors to falsely report a homicide investigation took place after the news and governmental offenses of falsely reporting deadly beating and murder, in order to incite violence and lawless acts.

Parole participated by reporting that there was a high-profile homicide investigation. This became the defense when I filed lawsuits against news companies and the courts did report a homicide investigation, so falsely reported a homicide occurred, and dismissed cases on the basis that the news defendants reported information supplied by homicide investigation. The news incited these egregious offenses intentionally for the purpose of fraudulently concealing the fact that they authored fiction accusing me of murder and broadcast the fiction in view of the entire, national public for weeks and had incited the public to violence and lawless acts of violence carried out against my family and I, with apparent and damaging effects.

The police engaged in the activities in order to conceal their offenses including inciting the news to commit lawless and destructive offense. The harms are so severe that both anticipated consequences. The harm is so severe and involves innocent children and good people, the courts anticipate consequence, and unconstitutional policies being identified that have benefited the state government and which destroy the lives of innocent people and US Citizens.

On November 27th, 2020, I was badly battered, untreated for Type One Diabetes, I had become very thin and incapacitated. I was run down, run over by vigilantes and had been shot at

and assaulted, because of the news reporting. I was reported as armed and dangerous, by the news defendants and not police. People started trying to murder me and tried to apprehend me. lawless acts were carried out at my family's homes and against children. I was at the end of my rope. I was being followed and hunted down. On November 27th, I called an ex-girlfriend. I was next to a gas station in Longmont, CO. There is a bike path that passes under the road, the path emerges in a parking lot at a shopping center. Three police cars arrived at the gas station. I traveled under the street; I emerged in the parking lot at the shopping center. There was a shopping cart with a hoody sweatshirt in it, parked in front of a hobby lobby. I put the hoody sweatshirt on and tried to cover my face. The police cars arrived at the shopping center I traveled back through the underpass and emerged at the gas station again. There was a marked police truck, a marked police suv and an unmarked suv matching the marked one. I emerged and the two marked vehicles raced away in reverse and then raced towards the shopping center, The truck shinned a spot light mounted on top of or in the windshield of the truck on me. The third vehicle raced towards me, I dove backwards, the vehicle crushed my foot between a front tire and the curb I fell backwards over. I rolled down rock terracing, two shots were fired and I rolled onto the path again, I crawled through the underpass, and emerged at the shopping center again, two police vehicles were there, I crawled up an embankment where there is a mall and Sam's club on top of the embankment. Police did not report I was armed and dangerous the news defendants authored those accusations and this is confirmed in the conversation and messaging I supplied above, Brian Derry states, they have reported you armed and dangerous some po-dunk cop in Nebraska is likely to bust a cap in your ass, this substantively demonstrates that the news intentionally incited imminent lawless acts and violence when authoring and reporting that I had beat a 71 year old to death and was armed and dangerous. They also incited

lawless acts and unlawful acts committed by the government, which caused catastrophe. I have never owned, held or used a weapon or gun. I reached Sam's Club. I was terrified from being run over again and shot at again. I grabbed a rock and threw it into the window of Sam's Club. The alarm was loud, so I grabbed more rocks and began throwing them into Verizon and T-Mobile trying to alert help. A security guard opened the door at the mall, I limbed towards him and begged him to let me in, he shut the door as I was yelling the police are trying to kill me and shot at me. Numerous police officers swarmed me, I laid down and began shouting, I didn't hurt any old man. Below is the diagnosis for the broken foot.



For this arrest the news all reported that I accosted the security guard, they reported that I was arrested in connection to the death, they reported that the security guard saw a bulge like a gun in my pocket and others reported that I was arrested in the killing of the 71-year-old or on separate charges to the murder (that never happened).

I was taken into interrogation for many hours, I was hallucinating I could not remember that there is a museum in Longmont, I, at first, was telling stories about chucky the doll being a gay man who gave me a card and went into coma during interrogation, I was interrogated while in HHS incapacitated because of untreated Type One, while Ryan Day was present in another room coaching Joshua Burke to use my very obvious incapacitated state of mind and my critical condition to entrap me and conceal all the violent offenses and news offenses.  I was taken to an emergency room after the interrogation I was unconscious the entire time, I came to a few times and had strobing vision, the police were telling the doctors what to report.  The unconsciousness was disregarded and was coma.

Joshua Burke went on while I was sent to maximum security custody, to question people on the streets around 7-11 whether or not they had seen someone around with saddle bags for a bike, because he knew someone had given a card they had found, this is preserved video in discovery.  Rachael Sloan-Stoggsdill re-questioned Craig Stevens about the museum incident, but she asked him if he had seen the news and told Craig Stevens that she wanted additional information, (she actually hoped for a different story), and told Craig Stevens the reason was because I had assaulted an elderly man nearby the museum.  Craig Stevens stayed to the same story except at this time he did not report me as a black man.

While I was in maximum security prison because of news offense without charges I did sur-come to catastrophe, diabetic keto acidosis.  I was tortured.  I am a Type One Juvenile

Diabetic and was not allowed insulin ever. That is an agonizing death. I was charged with a count of identity theft after I was bound to maximum security prison for fictitious "high-profile homicide" without charges at first. I was not afforded a tribunal or due process. Ryan Day, appointed the first lawyer, Jessica Hempstead, who observed the activities and who also witnessed the news broadcasts, I did not, the offenses were disregarded and she failed to report the offenses. She withdrew as counsel. Nicole Collins was next to be appointed, she came to the maximum-security prison, she told me she could get me out if I kept my mouth shut. She had me draw a map. She supplied that map to police and the police used it to stage a crime scene in March of 2021, the scene was stagged about 500 feet away from where Randall Shubert's phone locales placed him during the fall. (see below).





This scene was staged 5 months after I was held in maximum security prison without charges or warrants, this was inputted into legal documents and records. The individual in the scene is thought to be the same vigilante who posted my children's photos and who stalked and abused my family. Regardless, the news offenses incited this fraudulent and illegal activity that posed a threat to my life and harmed my entire family.

Ryan Day, the police and the district courts participated in the lawless activities and fraudulent concealment of violent crimes committed without cause and that were incited by news offense. The text in the photo recites what the news defendants authored and published. Also the basketball is mentioned, the basketball and bungee cord were recovered a distance from where Randall Shubert dismounted and fell. I have gone to the exact location phone locales place Randall Shubert, there is no stick figure chalk outline and I traveled to this location where there

is a stick figure chalk outline.

      Nicole Collins attempted to alter the record in order to conceal racism.

      Nicole Collins withdrew as counsel for conflict of interest.  Ben Collett was appointed. While being held in maximum security custody, an inmate was planted in the same cell as I. Ryan Day was prosecuting Cassidy Meroni for arson and attempting to assault a woman with a hammer.  Ben Collett was representing Cassidy Meroni, Ryan Day and Ben Collett arranged a deal to release Cassidy Meroni if he entered a jail cell with me and he stated, "you did it, you jumped out of bushes and Little Nicky'd the old man on the bike".  Cassidy Meroni was released and went onto commit violent crime.  Ryan Day appointed Ben Collett to represent me, Ben Collett continually stated they will give you a life sentence because I awaited trial for one count of identity theft for two and a half years.  I requested a change of venue, Ben Collett texted me, "they will seat a partial jury regardless", then Ben Collett texted me, "Ryan Day still thinks you jumped out from behind bushes and attacked the man", Ben Collett will not supply these texts now, they will need to be subpoenaed, I retain some of the messages.  I responded "Ryan Day doesn't think that he knows that didn't happen, but I am familiar with Cassidy Meroni and know that you and Ryan Day cut him a deal if he would enter a cell and try to get a false confession". Ben Collett withdrew as counsel for conflict of interest because of me mentioning Cassidy Meroni.  Partial jury and civil rights violations incited by defamatory statements broadcast by the news defendants and the state government has surrendered law and constitution to the news defendants.

      Ryan Dawson was appointed.  None of the unconstitutional offenses were reported, the news offenses continued to be concealed.  I was able to get released and posted a bond.  I diligently searched for news articles and videos which hundreds of witnesses reported to me.

The offenses are fraudulently concealed by courts, police and the government, as well as by the news defense and defendants. I possess irrefutable proof of this. Immediately after I fought my way through the most violent gangs and killers at the most restrictive maximum security prison in Colorado, the inmates having dwelt on and witnessed the broadcasts and publications that took place in view of the entire public of every creed on Nov 13th, 16th, 18th, 21st, 27th and 28th, all accusing me of beating a 71 year old to death for a bike and similar, all published by every news defendant and/or for other news defendants, I was in the area to schedule trial. Days before the hearing, which I would have attended except I went blind, I consumed 18 gallons of water within 10 hours and was taken by ambulance to the ICU with a 1,585 mg/dL blood glucose content. I died, I was never allowed insulin, cruel and unusual punishment and inhumane suffering, moreover, disgraceful violent offenses and prejudice incited by the events described, did lead to catastrophe. I missed the court appearance, and the ICU did supply notice to the courts and Ryan Dawson, Ryan Day was on notice, Nancy Salamone presided over the case involving one false accusation of identity theft, Nancy Salamone presided while and facilitated the falsification of legal records and police reports, bond was revoked for this reason and I was immediately taken into maximum security custody after catastrophe. I refused to plea guilty to a count of identity theft, I did not commit any crime or willful acts, I was refused insulin in custody even after the alarming notice from the ICU, I was prosecuted while incapacitated and while in agonizing life-threatening circumstances. I did sustain skull fractures and brain swell injuries at this time and still the court, Ryan Day and Ryan Dawson pressured me. These qualify as extraordinary circumstances at least and I was incapacitated utterly.



UCHealth Family Medicine Center - Fort
Collins
1025 Pennock Pl
Fort Collins CO 80524-3257
O: 970-495-8800
F: 970-495-8820

uchealth.org

February 11, 2025

Re:                    Edward H Hoid (DOB: 3/19/1984)

To Whom It May Concern:

I am the primary care doctor for Mr. Edward Hoid. He has been under my care since October of 2024 and during this time I have treated him for the sequelae of head wounds and head trauma as well as very poorly-controlled type I diabetes mellitis. Per his report, his type I diabetes was not treated appropriately while he was incarcerated. Certainly from my perspective his type I diabetes has not been under control for the past 3-6 months. Type I DM is insulin-dependent diabetes, and always requires treatment with insulin. Any time Mr. Hoid was not treated with insulin would be sub-therapeutic treatment.

Additionally, Mr. Hoid has a clear record of avascular necrosis of the hip. While this occurred prior to my caring of Mr. Hoid, he does have mobility issues now secondary to this medical condition that impact his day-to-day life and this could be related to prior undiagnosed avascular necrosis.

Mr. Hoid does have scarring across his face as well as history of trauma and current mental health struggles likely related to his significant head and brain injury he has sustained in the past.

While I have been unable to verify with outside sources the reasons for these wounds, I have no reason to doubt Mr. Hoid's explanations of the injuries he has experienced and his story has always been consistent. As previously noted, any time Mr. Hoid was not receiving insulin for his type I diabetes he was untreated.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

, MD

Electronically signed by:
Lauren McVeigh, MD
Dept: 970-495-8800
2/11/2025, 9:38 PM

| Edward H Hoid | DOB: 3/19/1984 | 1 of 1 |

I refused to enter a guilty plea, Ryan Dawson hired a social worker and supplied false statements he wrote himself, calling it mitigation, then told me that if I would not enter a guilty plea, he would challenge my competence and would gain consent to enter the plea.  This was desperation to avoid a jury, as the prosecution could not report a homicide investigation and would have to disclose all of the offenses.  All fraudulent concealment of news offense, Ryan Day's offense, police offense and the entire situation could have been remedied by simple

counter statements and apologies. This district court, Nancy Salamone aided in engineering the impression that a homicide investigation took place.

The case was reassigned for sentencing only, Bruce Langer would not allow me to speak, the court room was empty, that district court entered a conviction, it was admitted by Ryan Day during that hearing, May 23, 2023, that Randall Shubert dropped a ball while riding a bike, he stopped riding and tripped while dismounting and bumped the back of his head. That district Court issued that opinion and findings, I was sentenced to ten years total, involving two successive sentences, which are actually the second and third determinate sentences for the same incident, for one count of identity theft I am not guilty of. That district Court disregarded numerous egregious civil rights violations which made the conviction highly illegal, and is fraudulently concealing the offenses.

This District Court, Bruce Langer confirms there was no assault, robbery, homicide or homicide investigation ever, none of the material was ever spoke of or examined while sentencing for a count of identity theft. This also confirms that police did not supply the information which the news reported in order to incite violence and crime.

I appealed the conviction and Nancy Salamone responded, not the judge, Langer who entered the conviction, and denied the appeal of the conviction entered by Bruce Langer, Nancy Salomone reported a contradicting opinion while unlawfully hindering me from appealing the conviction she did not enter, reporting that there was a homicide investigation, Bruce Langer convicted me and while doing so reported that there was not. I had a constitutional right to counsel and Nancy Salamone denied that request for a conviction she did not enter violating due process laws and falsified legal records, and public records, violating freedoms of accurate information on public records and therefore deprives the people of free thought and free speech.

54

I timely filed lawsuits against news defendants while incapacitated, in life threatening circumstances and while being maliciously prosecuted because of the news offenses and for concealment purposes. My family and I were fighting for our lives and freedoms against the entire public, news companies, vigilantes, lawless police and the government. We have no clearance to correct the fraudulent records, reports and legal, public records, the defendants are breaching public trust. I hand wrote complaints and pleadings, all dismissed as frivolous. I could not obtain the offenses being concealed. My step-father and I diligently secured more and more proof and exhibits of offenses.

I filed numerous, meritorious lawsuits because I was being held and denied insulin continually until it caused catastrophe again, seeking justice and relief for my family and I. The disgusting, inciting speech and defamatory offenses are still published online and no counter statements have been published. My kids were deliberately and shamefully convinced I was going to die in prison for beating a 71-year-old to death for a bike.

My family and I were able to find proof of news offenses within police reports because the police asked my step-dad and other family if they had seen the news broadcasts on specific dates.

Ballard Spahr is representing all news defendants. Ashley Kissinger, Kennison Lay and Sherri Clark have filed declarations under penalty of perjury, declaring that FOX-31 News only published three articles, no video, and nothing that could be construed as accusations of murder. These lawyers composed the declarations, thinking that the additional offenses had been effectively concealed with no trace, my step-father and I obtained the offenses from criminal discovery and tracked down multiple other offenses. These lawyers knew the offenses occurred and their offenses, fraudulent concealment, are deliberate.

FOX-31 News broadcast numerous videos reporting in view of the public on multiple days, that "unknown number of assailants jumped, robbed and beat Randall Shubert", another, "Longmont Police say Edward Hoid beat a 71 year old to death for a bike, Hoid lived in Lyons(my family did not me), Hoid is considered armed an dangerous…", then, "Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result of injuries during the attack", They also published in writing and several additional days and varying stories.  Police later copied the story and fraudulently added that report onto public records, hoping to supply the news defendant an effective fraudulent defense later on.

2023CV553 Declaration of FOX-31

"November 27 Article," and together with the November 19 Article and the November 21 Article, the "Articles").  That report explicitly attributed information about Hoid's arrest to "documents from the Longmont Police Department" and specifically stated that "Hoid has not been charged in Schubert's death."  *Id.* at 1.  This was the last Article FOX-31 published concerning Hoid.  *See* Grandy Decl. ¶ 6.

Following his arrest, Hoid was charged and convicted of multiple crimes.  *See* Case Nos. 2020CR002137 (Colo. Dist. Ct., Boulder Cnty.) and 2020CR002138 (Colo. Dist. Ct., Boulder Cnty.).  Earlier this year, Hoid was sentenced to seven years in prison for these convictions, and he is currently incarcerated.  *See* Declaration of Ashley Kissinger ("Kissinger Decl."), Ex. A (attaching the two Sentence Orders against Hoid).  He has not been charged with any crime in

During a hearing my stepfather presented the following statement and police report taken by police on Nov 18th,



Then played a video broadcast by Fox-31 News on Nov. 19th accusing me of beating a 71-year-old to death. We were able to obtain several other publications that Ashley Kissinger, Kennison Lay and Sherri Clark committed perjury and filed fraudulent documents on record and declared that the news defendants did not publish and did not accuse me of murder. My family and I achieved, proving that the declarations were fraudulent and that numerous offenses are being fraudulently concealed by CBS-4 News, FOX-31 News, NBC-9 News, The Longmont Times-Call, ABC-7 News, The Denver Post and all other news defendants in the caption.

During the hearing with The Denver Post, this declaration declared that The Denver Post only published one short article on November 28th and nothing that could be construed as accusing me of murder. Below is that Nov 28th article and followed by my sister reporting to police about a November 19th article published by the Denver Post, my step father presented a November 18th article published by the Denver Post which was found in a criminal discovery.

EDWARD HOLD

v.

**Defendants:**
**THE DENVER POST; MAC TULLY**

*Attorneys for Defendants:*
Ashley I. Kissinger, #37739
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2407
Email: kissingera@ballardspahr.com

Kennison Lay (*pro hac vice* forthcoming)
BALLARD SPAHR LLP
1 E. Washington St., Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5573
Email: layk@ballardspahr.com

▲ COURT USE ONLY ▲

Case Number: 23CV577
Courtroom: 215

**DECLARATION OF ASHLEY KISSINGER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT**

I, Ashley Kissinger, depose and state as follows:

1. I am over the age of eighteen years old, and I have personal knowledge of the facts set forth in this Declaration.

2. I am a licensed attorney practicing out of the Ballard Spahr LLP offices in Colorado. I am licensed to practice law in Colorado, as well as in the states of California, New York, and Texas, and in the District of Columbia. I represent Defendants DP Media Network LLC, publisher of *The Denver Post* ("The Denver Post"), and Mac Tully, former President and CEO of The Denver Post, in the above-captioned matter.

Denver Post Declaration

**News**Room

11/28/20 Denv. Post 6A
2020 WLNR 34216833

Denver Post (CO)
Copyright (c) 2020 The Denver Post Corp.

November 28, 2020

Section: ASECTION

Local Brief:

Man arrested in KILLING of 71-year-old

LONGMONT Police early Friday arrested a man identified as a person of interest in the death of 71-year-old Randall Schubert, who was assaulted and robbed Nov. 5.

Edward Herbert Hold, 36, was arrested about 1 a.m. Friday after officers were dispatched to The Village at the Peaks, 1250 South Hover St., on reports of a man, later determined to be Hold, throwing rocks at businesses. Numerous businesses and vehicles in the area were broken into, according to the arrest affidavit.

Hold ran from officers but complied with the arrest when officers told him to stop, the affidavit states.



Similar activities took place involving the other news defendants.

Eric Elliff was presented with irrefutable proof of fraudulently concealed news offense. The defense insisted that the news defendant was accurately reporting information supplied by police. Erik Elliff dismissed the claims and reported that "Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result", this was applied to both CBS-4 and Denver Post cases. Erik Elliff fraudulently conceals the defendant's offenses, violates equal protection laws and falsified legal record at the same time and is hindering free speech involving issues of public interest and concern. Offenses incited by the news defense and defendants.

Mark Bailey dismissed the FOX-31 case, claiming that the claims stem from the robbing of Randall Shubert and reported that the defendant accurately reports information supplied by the police.

Dea Lindsey was presented with similar activities and offense. Dea Lindsey reportedly examined the criminal discovery 20CR002138, she is a Boulder County District Court Judge, she reported that after examining the factual record and criminal discovery, that Randall Shubert suffered a head injury during a fall and died as a result weeks later in the hospital, but dismissed for statute of limitations, it is undeniable that fraudulent concealment and exceptional

circumstances while judicial actors are unlawfully participating in egregious offenses in order to conceal and evade accountability and in order to accommodate the news offenses, also activities aimed at taking my family and I out, prevented sooner participation, I hand wrote every pleading and had no proof, I did actually file timely in the wrong court anyway.  Never the less multiple district courts reported completely contradicting statements pressed against a preserved criminal discovery, so multiple district courts have issued contradicting opinions and reported contradicting statements involving the same incident.

The news defendant's defense attorneys made an appearance during proceedings involving injuries caused when I was refused insulin, had I not made the appearance the news lawyers would likely have intervened in a medical claims case and incited offense there.  They observed the hearing.  Similarly, those lawyers were allowed to attend hearings, while I was held in prison for news offense, the District Court did allow for administrative closure due to acknowledged extraordinary circumstances hindering participation, in case 1:23-cv-00462. When the news defense attorneys were afforded conferrals without my knowledge and presence during case 1:24-cv-01127 the district court issued a different opinion about the circumstances, in order to accommodate fraudulent concealment and evasion for the news defendants, needless to say the news defendants have been afforded enough of a sporting chance to do whatever they want and harm whomever they want, which happens to be the young future generation in this case, and incite the people and courts to lawless violent offense for profit and control.  My family and I are very competent and are very capable, so are our children, their contributions and futures have been robbed from them and the people.  With compensation, to counter the disgraceful damages, who knows what good we will do in place of the defilement and destruction, the fact that the unlawful officials could be replaced with good public servants,

demonstrates indifference and deliberate acts.

The District Courts are asserting that the news defendants accurately reported information provided by Longmont Police. So do the news defendants and their lawyers. A very thorough examination of all police activities and the content of press releases turns up no trace of the police supplying information such as Randall Shubert being beaten to death, knocked off of his bike, robbed, assaulted and killed.

The Courts assert that the police supplied this information and since it is untraceable and nowhere to be found on public records during the time of news activities, the court is asserting that the offenses are being concealed by the police, so this action brings all parties and offenses under attack, and should put a stop to the back and forth lying and additions of offenses. If the police declare that they did not supply the accusations of deadly beating and other statements reported by news defendants, and they cannot and will not admit that they did because they did not supply the information, but the district court's assert they did and the news defense even filed declarations under oath asserting such, this is a well-founded action with substantial public significance. The U.S. Courts exist for the public and because of the public.

This information will compose a petition for writ of certiorari review involving lawless judicial misconduct, contradicting court opinion and free speech.

The Colorado Court of Appeals has done the same reporting a homicide investigation triggered the news to commit hat would be unlawful offense regardless of whether or not police told them that I beat a 71-year-old to death, all have attempted to deter me and coerce me to stop litigating with threats that they will enforce me reimbursing the fraudulent news defense lawyers.

All this incited partiality and it was impossible to retain counsel, due to fraudulent records and publicity, also law enforcement and courts falsifying documents on public records.

Deliberately, the courts, police and news defendants hindered me from obtaining counsel needed in order to obtain relief from known to be egregious civil rights violations. Unlawful acts and violations of the constitution incited by all defendants, while the defendants are afforded counsel at the people's expense, and while courts are corrupted at the people's expense. Equal protection violations exist further, in the form of me being a protected class by the ADA, I am not and have never enjoyed that privileged or protection, yet fraudulently the defendants are protected by fraudulently claiming first amendment rights, they are not entitled anyway defamatory speech broadcast that states false factual accusations and incites crimes and violence is not lawful or protected, and I am at the same time not enjoying lawful protection against deliberate medical indifference and discrimination, among several other rights the law has been misused to hinder and deprive me of the protections and privilege.

I am in critical condition and disabled anyway, the threats are ineffective, I am not afraid and I will get justice, by any means, I am obligated to my children.

The dangers and imminent threat are still held over my children, my family and myself, enter Edward Hoid into a google search. The people are still deprived of factual public records and are deprived of free thinking and speech. The American People are entitled to prosecute these matters with due prejudice and intolerance, many of the public have prepared affidavits and witness testimonies, the endorsed witness list offers affidavits from numerous citizens who were affected and who demand public notice and the people be allowed freedom of information, and protection from these offenses and lawless actors. The witnesses may choose to participate in this action as co-plaintiffs later on. Public, legal records are inaccurate and fraudulent as a result of this situation and that is unlawful and news defendants intentionally incited the unlawful acts, so did all the defendants in the caption.

62

The Court is compelled and obligated to report the criminal activities of the police, courts, lawyers and state actors for criminal proceedings to the U.S. Department of Justice and recommend certiorari review of this case, in accordance with the Constitution and equal protection of law, since the US Supreme Court does review issues of free speech and contradicting district court opinion involve the same incidents with precedence.

The endorsed witnesses offer affidavits and are the public, I make this a class action with intentions of affording the public an opportunity to participate and amend additional claims into this action.

I do invoke equitable estoppel, preventing fraudulent defenses and further falsification of legal and federal documents and records, and the first amendment does not protect defamatory speech and law limits speech that incites violence and crime.  There is no definite statute of limitations governing incitement and all the elements of the offense are present, and very visible in what is supplied in this pleading, future pleadings and massive amounts of proof and material are now available.

# CLAIMS

## Claim One: Asserted Against All Defendants (1-34);

## Fraudulent Concealment, (18 U.S.C. §1001, §35, §1038)

It is irrefutable fact that the defendants have all participated in fraudulently altering documents, producing misrepresentations and have each filed fraudulent documents on federal and legal records in order to conceal facts and offenses committed by every defendant in this action. All involved participations in offense involving the same incidents.

## Claim Two: Asserted Against Defendants 24, 25, 26, 27; (18 U.S.C. §1001, §35, §1038)

## Fraudulent Concealment-Legal Malpractice-Coercion-Perjury-Illegal Influence of Public Policy

It is undisputed that Ballard Spahr, a law firm, has lobbied legislations in order to make it consequential for victims of news offense to seek relief from damaging and detrimental after math of defamatory offense committed by news companies. Further the common practice, demonstrated by numerous attorneys employed by Ballard Spahr, having composed fraudulent declarations, which they filed into courts declaring under penalty of perjury, declarations which declared under oath that their clients did not publish what they did in fact publish, and misrepresenting what their clients published. Further these defendants conferred with courts and not the plaintiff in multiple cases and did incite unlawful conduct and offense committed by courts. Further these defendants have exclusive knowledge of all their client's offenses and activities and knowingly concealed offenses and influenced officials to keep children in danger and in imminent dangers incited by their clients. Further these defendant's proposed an

64

agreement to not seek their fees and costs of representing their clients if I would not litigate further, and on behalf of my children and family who were molested, abused and disadvantaged by their clients known offenses, hoping to deter me from justice and after observing a medical indifference case, it was not conceived or thought that they were involved with, it does display they incited offense, attempt to incite more offense, so did their clients and the offenses being committed against an at risk person in critical condition, the stress, strains and disadvantages are known to pose a threat to my life due to chronic conditions, these defendants are abusing at risk persons at the same time threatening that they could garnish disability subsidies.

It should be assumed that my children, would at the stages in life when they should be free to pursue prosperity, privileges and happiness, would be hindered and would seek damages caused by the defamatory offenses and impairments of their father, I am obligated to protect them with my life, let alone disability benefits, these defendants would propose the same fraudulent defenses were that the case and would seek the same fees and costs and so during their youth and childhood, they are disadvantaged and are hindered from the same opportunities as every other child is entitled to.  These defendant's knowing this makes this egregious malpractice and abuse.  Obligated reporters of crimes committed against at risk persons both children and disabled person.  All involved participations in offense involving the same incidents.

## Claim Three: Asserted Against Defendants (1, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27)

### Fraudulent Concealment

By refusing to disclose material fact of offenses committed in view of the public, further

removing the offenses and replacing the offenses with misrepresentations in view of the public,

proven through the fraudulent declarations taken under penalty of perjury, the plaintiff had

reliance on the material fact being concealed and not disclosed in order to get relief from incited

offense, incited by defamatory offenses and this concealment did further damages and cripples

my children's futures and the public's.  I did endure catastrophe, during unlawful acts incited by

defamatory offenses and could not obtain relief or factual information to gain relief by and

through deliverance of such.  All involved participations in offense involving the same incidents.

### Claim Four; Asserted Against Defendants (2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 18, 28, 29, 30, 31, 32, 33, 34)

### Fraudulent Concealment-18 U.S.C. § 1519-Destruction, Alteration, or Falsification of Record and Public Records

The Defendants did falsify legal records, reports, documents and issued known to be

falsified opinions in the form of numerous contradictions and recital of known to be defamatory

news offenses as basis on legal and federal records.  Police altered reports and composed

fraudulent reports which wee entered on record in order to conceal offense.  Police and Ryan

Day mutilated a corpse in order to falsify the record to propose a fraudulent defense in the future

and to supply a misrepresentation of a homicide investigation in order to conceal malpractice.

Stanley Jerido and the CDOC falsified public records and reported, falsely that a homicide

investigation was taking place in order to conceal offenses.  The district court defendants

reported contradicting statements and having access to the complete record and facts chose to

report false statements on record affording news defendant's fraudulent defenses, they reported a

robbery, assault and killing in response to my claims for defamatory offenses.  The Court of

Appeals has issued numerous contradicting opinions including reporting and falsifying the record knowingly, reporting that a homicide investigation occurred or reciting news offense in their opinions issued. The criminal district court convicted me on the basis of contradicting findings and opinions, the second criminal district court conceals for the first. All incited offense. All involved participations in offense involving the same incidents.

### Claim Five; Asserted Against Defendants (All 1-34);

### Child Endangerment and Abuse

Invoking supplemental jurisdiction by this obligated reporter, the Court, of offense and crimes committed involving children and with irrefutable proof of such, all of the defendants incited offense and/or placed my children under imminent threat and incited lawless acts to be carried out against my children, then/and observed the continually inflicted harms through heinous news defamatory offense and broadcasting the offenses in view of the public of every creed who did act against my children in another state, then to disregard the harm being done to my kids. The incited offenses were consistent responses of the entire public of all creeds reacting to the news defendants reporting that I had beaten a 71-year-old to death for a bike and was armed and dangerous. All involved participations in offense involving the same incidents.

### Claim Six; Asserted Against Defendants; (All 1-34)

### Public Endangerment

The Defendants have influenced and incite offense to be committed against the public who are not afforded protections of law against outfitted, profiting companies that gain from the manipulations of peoples reputations and deprivations of civil liberties, officials are not affording

protections against defamatory offense for the people, yet they are protecting news companies while publishing untrue and destructive statements about ill-equipped people, citizens, for profit and are protected through the misrepresentation of the First Amendment and abusive policy. The Defendants are controlling public records and are falsifying those records depriving the people of free thought and the capacity to speak and confer fact regarding issues of public interest. The Defendants incite lawless acts and violence while deceiving the people and the people are misled in this case into violence and hurting each other. The Defendants conceal and misrepresent facts, depriving the people of what belongs to us, law, the government, resources, information and courts. The latter offenses and concealment prove that the Defendants will continue in the offense and this degrades and impairs our society, the people each have a difficult time accumulating the money the defendants have squandered and are therefor left disadvantaged and vulnerable. No person shall deprive another of civil liberties and privilege. I do submit this on the public's behalf with endorsements, and with promising amendments of adding co-plaintiffs. All involved participations in offense involving the same incidents.

## **Claim Seven; Asserted Against Defendants; (2, 3, 4, 5, 6, 8, 18)**

### **Incitement**

The Defendants participated in concealing malpractice that caused a man's death following a bicycle accident and misconduct causing neglect and death. The Defendants concealed their malpractice and misrepresented facts in order to do so and in a manner that incited widespread news offense which incited widespread violence and unlawful acts to be committed against my family and self. The defendants falsified legal documents and filed falsified records in order to author and misrepresent facts in order to portray, that three men had

robbed a man who actually died as a result of a single subdural hematoma and treatment being

obstructed by the defendants.  The defendants staged crime scenes, and falsely staged a criminal

investigation after the fact then the defendants incited every news outlet in the state and

neighboring state's news outlets to report that three innocent men had jumped beat and murdered

the 71-year-old man who these defendants caused to pass away.

### Claim Eight; Asserted Against Defendant 8

### Malicious Prosecution

Ryan Day, knowing all the facts about the incidents explained in the statement of claims,

constantly leveraged on news offenses and falsification of records, stagging crime scenes and

even life threatening medical condition and catastrophe caused by the deliberate indifference

towards my life threatening condition, Ryan Day revoked a bond because I was at the ICU dying

and then incited further offense in order to pressure me into pleading guilty to a count of identity,

I was detained directly from the ICU and was deprived of insulin, a Type One Juvenile Diabetic

who had never had insulin in life, I had a 1,585 mg/dL blood glucose content when the bond was

revoked for me missing court on a day that I was dying in the ICU.  Ryan Day employed four

very unlawful attorneys to conceal offense and attempt to engineer a life sentence for an innocent

person.  Ryan Day falsified records, planted an inmate in a cell with me in order to get the

inmate to report that I murdered the 71-year-old who fell, and in order to conceal police

misconduct.  Ryan Day leveraged on a very apparent bent and incapacitated frame of mind for

prosecution.  Ryan Day forced a plea and threatened to seat a partial jury.  Ryan Day reported to

the news about a fake investigation.  Ryan Day prosecuted me after being placed on notice of

HHS and a greater than 1,000 mg/dL blood glucose content and knowing I was deprived of

insulin while being prosecuted and held at inappropriate custody level, at the same time. I did not have the capacity to defend myself or enter a plea. Ryan Day prosecuted me and achieved, by reason of partiality and qualifying incapacitation a 10-year sentence for a count of identity theft I am not guilty of and all while participating in the activities of the other defendants in this action.

## Claim Nine; Asserted Against Defendants (8, 9, 10, 11, 12, 13)

### Fifth Amendment Violations-Witness Against Self-Forced Plea-Coercion

The Defendants were incited and committed offense while forcing me to plea guilty and/or entering a plea instead of me, through abuse of life threatening and involuntary medical condition, widespread prejudice induced by publicity, and threats of partial juries and life sentences while I was held in maximum security prison without charges.

## Claim Ten; Asserted Against Defendants (8, 9, 10, 11, 12, 13)

### Sixth Amendment Violations-Partiality

The Defendants would not allow me to stand trial, I awaited trial for over two and a half years, the defendants all repeatedly threatened me with a partial jury, refused a change of venue, and this offense was incited by publicity. I was appointed four, handpicked attorneys by Ryan Day whom all participated in concealing offense and all coerced me surrounding the development of fraudulent defenses at a later time.

## Claim Eleven; Asserted Against Defendant 7

### Due Process Violations-Fifth Amendment

Claims have been timely filed for this offense again and again, at times district courts intercept the initial filings, the same district court who convicted me unlawfully, and they hault the action, another was placed on administrative closure while all defendants are trying to waste as much time as possible while my children and I are continuing to sink further and further under the damages caused. Stanley Jerido and the State, not police or tribunal, issued a warrant because of news slander, the news even reported it, and then sent me to maximum security prison for an imaginary high-profile homicide without charges even while the defendant reported charges that never existed. I was held for capital or infamous crime without charges, warrants, probable cause or due process of law, later Stanley Jerido told me "I know there is no investigation, look man its going to be whatever you and your family want".

## Claim Twelve; Asserted Against Defendants 8 and 9

### Fourteenth Amendment Violations-Deliberate Medical Indifference

The Defendants were on notice from the ICU that I needed a diagnosis, and that I was in DKA and had a >1,000 mg/dL blood glucose. Regardless the defendants seized the opportunity to apply pressure and conceal offense and desperate to avoid a jury, they revoked my bond for being in the ICU, and obstructed me from a diagnosis which caused me to be deprived of insulin and a sane mind as a Type One Juvenile Diabetic. This incited offense that gave me brain damage and skull fracture, just after and while being maliciously prosecuted.

## Claim Thirteen; Asserted Against Defendants (1, 14, 15, 16, 17, 19, 20, 21, 22, 23)

### Incitement

It is irrefutable that the defendants, all broadcast and published numerous occassions

each, and proof will be supplied, a USB drive will be mailed and labeled "Exhibits" after this is

electronically submitted, all broadcasting and publishing in view of the entire public, fiction the

defendants authored and tailored from other defendant's offenses, accusations that;

- Three men had jumped, beaten and robbed Randall Shubert.

- Three men attacked and killed Randall Shubert

- Three men had attacked and robbed Randall Shubert

- That I was armed and dangerous

- That the police said I had beaten Randall Shubert to death for a bike

- That I had knocked Randall off his bike, assaulted, robbed and killed Randall Shubert

- That I was arrested in connection with Randalls death or for killing Randall Shubert

The defendants published residential identifying information about my family.

Then every defendant concealed the offenses and worked with law enforcement to stage

an investigation that never took place and lastly the defamatory offenses were committed

later on, in 2024, as courts published verbatim what the defendants had authored and

developed with police and unlawful officials.

The unlawful broadcasts and untrue publications accusing me of murder were cast

to other states law enforcement and news outlets, the offenses incited the public

and officials to commit acts of violence and unlawful acts against me and my

family and almost had me murdered.  Defamatory speech, especially as egregious

as the content published and broadcast by the defendants, who were not

accurately reporting about a criminal investigation, rather they incited offense in

stagging a criminal investigation and falsifying records, is not protected by the

72

first amendment, and so the defendants did incite a great deal of concealment and

egregious judicial and governmental misconduct.

### Claim Fourteen; Asserted Against Defendants (1, 14, 15, 16, 17, 19, 20, 21, 22, 23)

#### Defamation

It is well proven and established that heinous speech and false accusations that are

intended to incite violence and unlawful acts against others is not protected by the

first amendment, whether or not the incited unlawful acts are carried out and in

this case they most certainly were.  I am invoking equitable estoppel to halt

fraudulent acts and conduct, also fraudulent defenses that incite further unlawful

acts by the courts.  The defendants are undisputedly concealing offenses, making

it impossible to file and prosecute the offenses still concealed, also having

prevented sooner prosecutable filing, which I did timely file and courts

disregarded the offenses for me lacking the ability to prove the cause of injuries

and damages.  My kids and my future are ruined.  Period.  Because the defendants

very knowingly published in view of the public false accusations stating that I had

beaten a 71 year old to death for a bike, while there were no warrants and this was

not information the defendants were supplied with through any investigation since

none ever took place, hence no warrants, charges and then the courts and

defendants assert repeatedly that they reported accurately about a criminal

investigation and information police supplied, so now when the police deny the

accusations made by the courts and news defendants, it is further proven that the

defendants speech is not protected and that the courts and the defendants are fraudulently concealing the offenses and meanwhile there is nothing left to take from me or my children, their innocence wasn't enough. The malicious and untrue statements published and broadcast caused severe damages to my children and I.

## Claim Fifteen; Asserted Against Defendants (2, 3, 4, 5, 8)

### Police Brutality

The date I was arrested I was run over and shot at. It is unclear exactly whom ran me over and whom shot at me, but the Longmont Police Department Defendant's in this claim participated in the violence and incited violence and I have supplied the diagnosis of broken bone. This was unjustified because I did not commit any crime or willful act in the first place, the incited offenses are qualifying as attempted murder on several occasions.

## Claim Sixteen; Asserted Against Defendants (28, 29, 30, 32, 33, 34)

### Fourteenth Amendment Violations-Equal Protection Violations-Abusive Policy

The Defendants all observed and cannot deny the activities are not protected speech by the first amendment, the defendants all falsified records in order to circumvent that fact and all were incited to commit offense by news defendants, the defendants broke the law when falsifying the record and fraudulently concealing news offense, knowing that a corpse was mutilated to serve similar

purposes.  The defendants are allowed to break the law, but only in a manner that deprives the people and causes them to be weak and defenseless.

The example of the US District Court refusing to dismiss defamation claims against Donald Trump, which are less founded claims and involve far less egregious activities, and the District Courts also very aggressively dismissing my defamation claims clearly displays discrepancies and violations and offense committed in violation of the constitution and equal protection rights that I am entitled to as an American Citizen.

### Claim Seventeen; Asserted Against Defendants 8 and 18

### Mutilation of a Body

Ryan Day and Jon High did cause and leveraged off of the mutilation of a dead body, knowing the cause of death to be malpractice and a single brain swell from a fall, while the emergency room confirmed the cause of injury and death and reported no symptoms of foul play, also while the defendants knew there was no foul play they were incited to mutilate a corpse in order to supply the impression that they were conducting an investigation also in order to engineer fraudulent defenses for news defendants later on, and to conceal law enforcement's offense.

### Claim Eighteen; Asserted Against Defendants (All 1-34)

### First Amendment Violations Against Free Speech

The Defendants have suppressed and concealed facts and have falsified and incited the falsification of public records and both federal and state legal

documents.  Factual records are suppressed surrounding issues of public concern and interest, this is deprivation of free thought and speech about actual issues of public concern and fact and therefore the defendants are suppressing speech with known to be disinformation, published extensively on record and in view of the public.

## Conclusion

There is no statute of limitations involved with proven incitement due to the ongoing and lingering damages and injuries being continually inflicted.  Claims have been filed repeatedly and timely, and the defendants have incited continuous offense and violence which is detrimental to the future generation and my children who have my last name and whom were convinced through abuse that their dad beat a 71-year-old to death for a bike.  Known and well demonstrated fraudulent concealment only continues.  This matter will be petitioned to the US Supreme Court for Certiorari review, and notice will be supplied into courts abroad of these matters.  The defendants need to be served and prosecuted with prejudice.  My children would benefit from a resolution now rather than waiting until they are eighteen years of age and disadvantaged to file claims themselves. Please be advised my mother Sherie Hoid would like to co-plaintiff and on behalf of her grand-kids, as well my step-dad Jerrold Matsuoka would like to co-plaintiff and on behalf of minor children, they are terrified at the time and will likely amend their participation in this action soon.

Respectfully Submitted This 13th Day of April, 2025

*Edward Herbert Hoid*                              13-APR-2025

And on Behalf of Minor Children, Odin Hoid and Persephanie Hoid

*Edward Herbert Hoid*                              13-APR-2025